In the Matter of Lawrence E. Elovich, Appellant, v. William D. Meisser et al., Constituting the Board of Elections of Nassau County, and Lawrence Zuckerman et al., Respondents.— In a proceeding to invalidate petitions designating respondents Zuckerman and Deangelis as candidates in the Democratic Party Primary Election to be held on June 17, 1969 for the Party position of County Committeeman for the 16th Election District of the 14th Assembly District of the County of Nassau, and for injunctive relief, petitioner appeals from an order of the Supreme Court, Nassau County, entered June 5, 1969, which denied the application and dismissed the petition in the proceeding. Order reversed, on the law, without costs, and proceeding remitted to the Special Term for (1) a hearing of the objections to the designating petitions and (2) a new determination (*Matter of Elovich v. Meisser*, 32 A D 2d 795). No questions of fact were considered on this appeal. Hopkins, Benjamin and Martuscello, JJ., concur; Beldock, P. J., and Rabin, J., dissent and vote to affirm the order, for the reasons set forth in their dissenting memorandum in *Matter of Elovich v. Meisser* (32 A D 2d 795).

In the Matter of Madge E. Freilich, Appellant, v. Marvin D. Christenfeld et al., Constituting the Board of Elections of Nassau County, and Josephine Behrens, Respondents.— In a proceeding to validate petitions designating appellant as a candidate in the Democratic Party Primary Election to be held on June 17, 1969 for the Party position of County Committeeman for the 4th Election District of the 10th Assembly District, Nassau County, the appeal is from an order of the Supreme Court, Nassau County, entered June 4, 1969, which denied the application and dismissed the petition in the proceeding. Order affirmed, without costs. No opinion. Appellant is granted leave to appeal to the Court of Appeals. Questions of law have arisen which ought to be reviewed. Beldock, P. J., Rabin, Hopkins, Benjamin and Martuscello, JJ., concur.

In the Matter of Richard Gaines et al., Appellants, v. Board of Elections for the County of Nassau et al., and Lawrence Elovich, Respondents.— In a proceeding to validate petitions designating petitioners herein as candidates in the Democratic Party Primary Election to be held on June 17, 1969 for the Party position of County Committeeman for the 6th Election District of the 14th Assembly District of the County of Nassau, and for incidental relief, petitioners appeal from an order of the Supreme Court, Nassau County, entered June 4, 1969, which denied the application and dismissed the petition in the proceeding. Order affirmed, without costs. In our opinion, respondent Elovich had standing to object to the petitions for the reasons stated in *Matter of Elovich v. Meisser* (32 A D 2d 795). However, the 11 valid signatures on the Gaines set of petitions cannot be added to the 26 valid signatures on the Gaines and Shapiro set of petitions because the petitions for Gaines are not consecutively numbered. Since 28 valid signatures were required to nominate a candidate for member of the Democratic County Committee from the 6th Election District of the 14th Assembly District, the petitions of neither candidate are valid. Hopkins, Benjamin and Martuscello, JJ., concur. Beldock, P. J., and Rabin, J., dissent and vote to reverse the order and grant the petition, with the following memorandum: In our opinion, Elovich had no standing to object to the designating petitions (see dissenting memorandum in *Matter of Elovich v. Meisser*, 32 A D 2d 795).